M. P. No. 78-270. STATE OF RHODE ISLAND *et al. v.* JOHN DUTRA. The petition for writ of certiorari is granted.

Petitioner's motion for stay of the Superior Court judgment entered July 3, 1978 is granted.

Mr. Justice Doris is of the opinion that the motion for stay should be denied. *Sean O. Coffey,* Legal Counsel, Department of Environmental Management, for petitioners.

*Corcoran, Peckham & Hayes, Kathleen Managhan,* for respondent.